Attorneys for Plaintiff(s), Betty Sundhausen and Jes Sundhausen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 08-3051 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty Sundhausen and Jes Sundhausen,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Betty Sundhausen and Jes Sundhausen, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 7/31, 2009    By: _____
Michael A. London
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038
Telephone: (212) 566-7500
Facsimile: (212) 566-7501
Attorneys for Plaintiff(s), Betty Sundhausen
and Jes Sundhausen

DATED: Oct. 21, 2009    By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8, 2009    _____
Hon. Charles R. Breyer
United States District Court

-1-